

**THE LAW OFFICES OF EVAN STONE**
624 W. University Dr. #386 ~ Denton, TX 76201
lawoffice@wolfe-stone.com ~ (469) 248-5238

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 0 2 2011

DAVID J. MALAND, CLERK
BY
DEPUTY_____

March 2, 2011

Registered DMCA Agent:

4:11mc18
In Re: Qwest Communications

    I am serving you with the enclosed DMCA subpoena and a list of alleged infringers, along with a notice of infringement and a declaration of purpose, as prescribed by the Copyright Act at 17 U.S.C. § 512(h). As stated in the Act, you must expeditiously disclose information identifying the alleged infringers in response to this subpoena, whether or not you choose to respond to the accompanying infringement notice.

    If you have concerns regarding the applicability of the 2003 *RIAA v. Verizon* decision, please be advised that the courts of the 5th Circuit are not legally bound to follow that decision and have already been candid about their stance on this issue: See *Garrett v. Comcast Communs., Inc.* "Moreover, this Court is not bound to follow the precedent of RIAA v. Verizon.", 2004 U.S. Dist. LEXIS 14218 (N.D. Tex. July 23, 2004) Additionally, our evidence in this specific matter indicates that the safe harbor provision of 17 U.S.C. § 512(a) is inapplicable here.

    If you are a cable provider and have concerns regarding the Cable Act, please know that § 512(h)(5) states that you are to disclose this information, "...notwithstanding any other provision of law..." This section has likewise been affirmed by the judiciary, expressly as it pertains to the Cable Act. "The 'notwithstanding' provision in § 512(h) indicates that the DMCA subpoena power is intended to 'supersede[] other statutes that might interfere with or hinder the attainment of [its] objective.'" *Recording Indus. Ass'n v. Charter Communs., Inc.* 393 F.3d 771 (8th Cir. Mo. 2005)

    You may deliver your response to the Subpoena to the physical address, fax line or e-mail address listed below. Please feel free to contact my office if you have any questions.

Regards,

*E. T. Stone*

Evan Stone, Esq.
The Law Offices of Evan Stone
624 W. University Dr, #386
Denton, TX 76201
Office: 469-248-5238
lawoffice@wolfe-stone.com
Fax: 310-756-1201

O AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Texas

In Re Subpoena to Qwest Communications

V.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 4:11mc18

TO: Registered DMCA Agent
Qwest Communications
1801 California Street
Denver, CO 80202

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Information, including name, address, telephone number and e-mail address, sufficient to identify the person or persons to which the included IP addresses were assigned on the given dates and times, also listed.

| PLACE | DATE AND TIME |
|---|---|
| Law Offices of Evan Stone, 624 W. University Dr., #386, Denton, TX 76201 | 4/17/2011 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | 4/17/2011 |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Thompson, Deputy Clerk, USDC | 3/2/2011 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Qwest Communications

| Work Name | Infringer | IP | Port | Torrent Name | Infringing Material | Date/Time (GMT) |
|---|---|---|---|---|---|---|
| Young Harlots Foreign Exchange | Jane Doe 498 | 168.103.62.75 | 38502 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 11/8/2010 8:57:02 AM |
| Young Harlots Foreign Exchange | Jane Doe 540 | 174.17.189.112 | 38720 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 9/11/2010 2:25:25 AM |
| Young Harlots Foreign Exchange | Jane Doe 539 | 174.20.239.61 | 45682 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 11/11/2010 2:24:21 AM |
| Young Harlots Foreign Exchange | Jane Doe 538 | 174.21.32.118 | 52313 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 11/2/2010 12:58:12 AM |
| Young Harlots Foreign Exchange | Jane Doe 537 | 174.21.36.57 | 61667 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/28/2010 8:16:01 AM |
| Young Harlots Foreign Exchange | Jane Doe 536 | 174.21.45.32 | 61429 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 11/2/2010 9:22:23 AM |
| Young Harlots Foreign Exchange | Jane Doe 535 | 174.21.46.106 | 31583 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/28/2010 7:29:04 PM |
| Young Harlots Foreign Exchange | Jane Doe 534 | 174.21.50.105 | 31583 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/28/2010 1:21:05 AM |
| Young Harlots Foreign Exchange | Jane Doe 533 | 174.21.53.73 | 31583 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/27/2010 5:41:56 AM |
| Young Harlots Foreign Exchange | Jane Doe 542 | 174.21.55.85 | 52092 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/28/2010 3:35:45 AM |
| Young Harlots Foreign Exchange | Jane Doe 543 | 174.22.57.59 | 54866 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/20/2010 6:37:09 PM |
| Young Harlots Foreign Exchange | Jane Doe 544 | 174.23.176.32 | 54636 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/10/2010 10:10:54 PM |
| Young Harlots Foreign Exchange | Jane Doe 553 | 174.25.118.199 | 16481 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/8/2010 5:17:25 AM |
| Young Harlots Foreign Exchange | Jane Doe 552 | 174.26.63.151 | 45651 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 11/16/2010 7:04:50 AM |
| Young Harlots Foreign Exchange | Jane Doe 551 | 174.27.220.102 | 50763 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 11/14/2010 7:50:13 AM |
| Young Harlots Foreign Exchange | Jane Doe 550 | 174.31.243.151 | 14293 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/15/2010 8:29:13 PM |
| Hot for Teachers | Jane Doe 172 | 184.97.161.75 | 45806 | Hot.For.Teachers | starlets-hotteach.avi | 12/8/2010 8:55:00 AM |
| Young Harlots Foreign Exchange | Jane Doe 433 | 63.226.207.25 | 43722 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/21/2010 7:06:46 PM |
| Kings of New York | Jane Doe 3 | 63.232.113.196 | 56500 | stonewerks [Lucas] KINGS OF NEW YORK.avi | stonewerks [Lucas] KINGS OF NEW YORK.avi | 8/6/2010 6:36:00 AM |
| Young Harlots Foreign Exchange | Jane Doe 432 | 63.238.223.166 | 52973 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 9/22/2010 11:16:54 PM |

Production Deadline: 4/17/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| Kings of New York | Jane Doe 4 | 65.100.59.143 | 24967 | stonewerks [Lucas] KINGS OF NEW YORK.avi | stonewerks [Lucas] KINGS OF NEW YORK.avi | 8/6/2010 6:36:00 AM |
| Hot for Teachers | Jane Doe 231 | 65.103.9.27 | 20821 | Hot.For.Teachers | starlets-hotteach.avi | 12/12/2010 9:01:00 PM |
| Hot for Teachers | Jane Doe 240 | 67.2.107.44 | 56812 | Hot.For.Teachers | starlets-hotteach.avi | 12/4/2010 7:44:00 PM |
| Hot for Teachers | Jane Doe 239 | 67.2.110.74 | 56812 | Hot.For.Teachers | starlets-hotteach.avi | 12/4/2010 10:03:00 PM |
| Young Harlots Foreign Exchange | Jane Doe 727 | 67.41.79.45 | 57445 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 9/9/2010 5:24:22 PM |
| Young Harlots Foreign Exchange | Jane Doe 94 | 71.208.103.230 | 49605 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/21/2010 8:48:54 PM |
| Hot for Teachers | Jane Doe 37 | 71.212.187.52 | 54647 | Hot.For.Teachers | starlets-hotteach.avi | 12/4/2010 8:28:00 PM |
| Young Harlots Foreign Exchange | Jane Doe 163 | 71.34.85.36 | 44819 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 11/16/2010 8:20:29 PM |
| Hot for Teachers | Jane Doe 46 | 71.35.54.141 | 15398 | Hot.For.Teachers | starlets-hotteach.avi | 12/12/2010 4:54:00 AM |
| Young Harlots Foreign Exchange | Jane Doe 76 | 75.172.62.158 | 58216 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/12/2010 5:51:10 PM |
| Young Harlots Foreign Exchange | Jane Doe 75 | 75.175.99.160 | 18633 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 10/3/2010 7:31:23 AM |
| Young Harlots Foreign Exchange | Jane Doe 231 | 97.113.12.128 | 47885 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 11/5/2010 7:30:46 PM |
| Young Harlots Foreign Exchange | Jane Doe 218 | 97.113.4.85 | 47885 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 11/7/2010 12:35:12 PM |
| Young Harlots Foreign Exchange | Jane Doe 217 | 97.115.21.39 | 34066 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 9/20/2010 9:34:32 PM |
| Young Harlots Foreign Exchange | Jane Doe 216 | 97.117.180.73 | 57410 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 9/28/2010 12:38:17 PM |
| Hot for Teachers | Jane Doe 110 | 97.117.30.166 | 31589 | Hot.For.Teachers | starlets-hotteach.avi | 12/8/2010 8:37:00 AM |
| Debbie Does Dallas | Jane Doe 32 | 97.118.47.167 | 23076 | [Porn Classic] Debbie Does Dallas (Original Uncut Classic 1978).mpg | [Porn Classic] Debbie Does Dallas (Original Uncut Classic 1978).mpg | 8/10/2010 2:01:00 AM |
| Young Harlots Foreign Exchange | Jane Doe 215 | 97.120.73.250 | 15829 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 11/4/2010 5:35:39 AM |
| Hot for Teachers | Jane Doe 94 | 97.121.129.215 | 38204 | Hot.For.Teachers | starlets-hotteach.avi | 12/12/2010 4:34:00 AM |
| Hot for Teachers | Jane Doe 93 | 97.121.170.227 | 30224 | Hot.For.Teachers | starlets-hotteach.avi | 12/8/2010 9:26:00 AM |
| Young Harlots Foreign Exchange | Jane Doe 214 | 97.124.81.134 | 6881 | www.sexinsex.net@Young.Harlots.Foreign.Exchange | cd1.avi, cd2.avi | 9/15/2010 7:19:48 AM |

Production Deadline: 4/17/2011

## DECLARATION PURSUANT TO 17 U.S.C. § 512(h)

I, Evan F. Stone, the undersigned, declare that:

1. I am an attorney authorized to act on behalf of the copyright holders involved in these matters, including Harmony Films, Lucas Entertainment, VCX Ltd. and Harmony Films. This declaration is made in support of the accompanying Subpoena, pursuant to 17 U.S.C. § 512(h)(2)(C).

2. The purpose of the accompanying Subpoena is to obtain the identities of the alleged copyright infringers to which the IP addresses were assigned on the dates and times in the accompanying list. The information obtained will be used only for the purpose of protecting the rights granted to the copyright holders under Title 17 of the United States Code.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Denton, Texas, on Wednesday, March 02, 2011.

s/ E. F. Stone

Evan Stone
State Bar No. 24072371
624 W. University Dr., #386
Denton, Texas 76201
469-248-5238



**THE LAW OFFICES OF EVAN STONE**
624 W. University Dr. #386 ~ Denton, TX 76201
lawoffice@wolfe-stone.com ~ (469) 248-5238

March 2, 2011

RE: Notice of Copyright Infringement

In compliance with relevant federal copyright law, I submit the following:

I hereby certify, under penalty of perjury, that the following information is accurate to the best of my knowledge and belief.

I am an attorney authorized to represent the following copyright holders with respect to the matters discussed herein: Lucas Entertainment, VCX Ltd., Harmony Films and Adult Source Media.

The aforementioned copyright holders own or control various exclusive copyrights and trademarks related to the motion pictures in the accompanying list (the "Works.")

Through a series of investigations, we have a good faith belief that subscribers for which you provide service are using your service for the unauthorized copying and distribution of digital files embodying the copyrighted Works. The use of the Works in this manner is NOT authorized by these copyright holders and is a violation of their intellectual property rights, including their rights under the Copyright Act. Infringing materials, along with the location of the infringing materials and timestamps at which the infringements were witnessed are also included in the accompanying list.

I request that you expeditiously block the ports upon which the infringing activity is occurring and likely continues to occur, or otherwise cause such infringing activity to cease and/or suspend the account(s) of the aforementioned users until they agree to cease unlawfully distributing our content.

If you should require any further information please do not hesitate to contact me by email at evan@wolfe-stone.com My mailing address and other contact information are included in my signature below. Please contact me immediately if you feel that this notification is not in compliance with the requirements of the DMCA, or if some other problem arises with respect to my request.

s/ *[signature]*
Evan Stone
State Bar No. 24072371
624 W. University Dr., #386
Denton, Texas 76201
e-mail: lawoffice@wolfe-stone.com
469-248-5238